

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION AND CONSENT**
**TO ELECTRONIC SERVICE,**
**PROPOSED ORDER**

JA'KEENIA AKHEMIEN and WINTERS AKHEMIEN,

        Plaintiff(s),    Case No. 2:19-cv-01919-JAM-CKD

v.

I.Q. DATA INTERNATIONAL, INC.,

        Defendant(s).

I, <u>Taxiarchis Hatzidimitriadis</u>, attorney for <u>Ja'Keenia Akhemien and Winters Akhemien</u>, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.  In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | <u>Sulaiman Law Group, Ltd.</u> |
| Address: | 2500 South Highland Avenue, Suite 200 |
| City: | Lombard |
| State: | IL        ZIP Code: 60148 |
| Voice Phone: | (630) 575-8181 x109 |
| FAX Phone: | (630) 575-8188 |
| Internet E-mail: | thatz@sulaimanlaw.com |
| Additional E-mail: | autodocket@sulaimanlaw.com |
| I reside in City: | Chicago        State:  Illinois |

I was admitted to practice in the <u>State of Illinois</u> (court) on <u>5/07/2015</u> (date).

I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

<u>Webb et. al. v. Rudolph Incorporated – Case No. 2:19-cv-01412-KJM-KJN,</u>

<u>Application date: 7/27/2019, Application Granted; Webster v. Flagship Credit Acceptance, et.</u>

<u>al. – Case No. 2:19-cv-01438-KJM-KJN, Application date: 8/12/2019, Application Granted</u>

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:	Nicholas M. Wajda

Firm Name:	Wajda Law Group, APC

Address:	6167 Bristol Parkway, Suite 200

City:	Culver City

State:	California	ZIP Code: 90230

Voice Phone:	(310) 997-0471

FAX Phone:	(866) 286-8433

E-mail:	nick@wajdalawgroup.com

Dated: <u>9/24/2019</u>	Petitioner: <u>/s/ Taxiarchis Hatzidimitriadis</u>

**ORDER**

IT IS SO ORDERED.

Dated: September 24, 2019    /s/ John A. Mendez
                                                               JUDGE, U.S. DISTRICT COURT