Edward S. Zusman (SBN 154366)
Alan Patrick Smith (SBN 298556)
MARKUN ZUSMAN FRENIERE & COMPTON LLP
465 California Street, Suite 401
San Francisco, California 94104
Telephone: (415) 438-4515
Facsimile: (415) 434-4505

Attorneys for Defendant,
IQ Data International, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JA'KEENIA AKHEMIEN, and WINTERS AKHEMIEN,<br><br>                    Plaintiff,<br><br>vs.<br><br>IQ DATA INTERNATIONAL, INC.,<br><br>                    Defendant. | Case No.: 2:19-cv-01919-JAM-CKD<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

WHEREAS, on September 20, 2019, Plaintiffs commenced an action against Defendant by filing a Complaint in the United States District Court for the Eastern District of California;

WHEREAS, IQ Data International, Inc. ("IQ Data") was served with the Complaint on September 26, 2019;

WHEREAS, IQ Data requested that its time to respond to the Complaint be extended to November 7, 2019 and Plaintiffs agreed to that extension;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and IQ Data, pursuant to Local Rule 144(a), that IQ Data shall have until November 7, 2019, to file and serve its response to the Complaint.

Dated: October 16, 2019					SULAIMAN LAW GROUP, LTD.

						By  */s/ Taxiarchis Hatzidimitriadis*
						      Taxiarchis Hatzidimitriadis

						Attorney for Plaintiffs

Dated: October 16, 2019					MARKUN ZUSMAN FRENIERE & COMPTON LLP

						By  */s/ Alan Patrick Smith*
						      Alan Patrick Smith

						Attorney for Defendant IQ Data International, Inc.