**SULAIMAN LAW GROUP, LTD.**
Taxiarchis Hatzidimitriadis (Admitted Pro Hac Vice)
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: 630-575-8181 x110
Facsimile: 630-581-8188
E-Mail: thatz@sulaimanlaw.com
*Attorney for the Plaintiffs*

**WAJDA LAW GROUP, APC**
Nicholas M. Wajda
11400 West Olympic Boulevard, Suite 200M
Los Angeles, California 90064
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
*Attorney for the Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JA'KENNIA AKHEMIEN and WINTERS AKHEMIEN, | Case No. 2:19-cv-01919-JAM-CKD |
| Plaintiffs, | **ORDER** |
| v. | |
| I.Q. DATA INTERNATIONAL, INC., | |
| Defendant. | |

## <u>ORDER ON DISMISSAL WITH PREJUDICE</u>

Plaintiffs, JA'KENNIA AKHEMIEN and WINTERS AKHEMIEN, ("Plaintiffs"), by and through their attorneys, Sulaiman Law Group, Ltd., having filed with this Court their Agreed Amended Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

1  IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed,

2  with prejudice.

3     Dated: February 17, 2020                         /s/ John A. Mendez

4                                            HONORABLE JOHN A. MENDEZ

5                                            United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28